Michael K. Sipes, SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
1111 Willow Street
San Jose, CA 95125
Telephone: (916) 230-0477

Attorneys for Plaintiff
BRIDGEPORT FINANCIAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIDGEPORT FINANCIAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUAN MORENO; SUNNYVALE HEALTH CARE CENTER; LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.: 10-CV-01208-SI <br><br> STIPULATED ORDER DISMISSING DEFENDANT LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. AND DEFENDANT LABORERS HEALTH AND WELFARE TRUST AND REMANDING CASE TO STATE COURT |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The undersigned parties hereby stipulate and agree to dismiss Defendants LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. from defendants in this case with prejudice and without costs or attorneys fees to be assessed to Plaintiff and/or to the Defendants dismissed.

The undersigned parties further stipulate and agree that upon the dismissal with prejudice of the above-named defendants, this case is appropriate for remand to the State of California Superior Court in and for the County of Fresno on the basis that federal question jurisdiction will no longer exist.

IT IS SO STIPULATED:

Dated: July 27, 2010

BULLIVANT HOUSER BAILEY, PC

By: _____
Susan J. Olson
C. Todd Norris

Attorneys for Defendant Laborers Funds Administrative Office of Northern California

Dated:  July 27, 2010

LAW OFFICES OF MICHAEL K. SIPES

By: _____
Michael K. Sipes

Attorney for Plaintiff Bridgeport Financial, Inc.

## ORDER

As stipulated by the parties who have appeared herein, the case is dismissed as to Defendants LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA and Defendant LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, INC. and the case is hereby remanded to the State of California Superior Court in and for the County of Fresno.

IT IS SO ORDERED.

Dated:_____

_____
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE